LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRANSASIA POOL PTE LTD.

                Plaintiff,

        - against -

NAMJEON INTERNATIONAL CO. LTD. and
NJ SHIPPING CO. LTD.

                Defendants.

-----------------------------------------------------------X

ECF CASE

08 Civ. 6435 (RJH)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Transasia Pool Pte Ltd. represents to this Honorable Court that said Plaintiff has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

      IMC Shipping Co. Pte Ltd.

Dated: New York, New York
       July 17, 2008

                                          LAW OFFICES OF RAHUL WANCHOO
                                          Attorneys for Plaintiff
                                          TRANSASIA POOL PTE LTD.

                                          By: _/s/ Rahul Wanchoo_
                                               Rahul Wanchoo (RW-8725)