JUDGE HOLWELL

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax: (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRANSASIA POOL PTE LTD.

                                    ECF CASE

                Plaintiff,

                                    08 CV ____ (___)

            - against -

                                    **AFFIDAVIT IN SUPPORT OF**
                                    **APPLICATION FOR**
                                    **MARITIME ATTACHMENT**

NAMJEON INTERNATIONAL CO. LTD. and
NJ SHIPPING CO. LTD.

                Defendants.
-------------------------------------------------------------X

STATE OF NEW JERSEY    )
                       )    ss:
COUNTY OF BERGEN       )

        RAHUL WANCHOO, being duly sworn, deposes and says:

        1.    I am a member of the firm of Law Offices of Rahul Wanchoo attorneys for

Plaintiff, TRANSASIA POOL PTE LTD., and make this affidavit in support of Plaintiff's

application for the issuance of Process of Maritime Attachment and Garnishment pursuant to

Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure.

2.     Based upon my inquires and to the best of my information and belief, Defendants, NAMJEON INTERNATIONAL CO. LTD. and NJ SHIPPING CO. LTD. are all foreign corporations and that cannot be found within this District.

3.     I have not found Defendants listed in the New York telephone directory. I have also called the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed by the operators that there are no listings for Defendants in any of these areas.

4.     I have caused an online search to be made of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and have found no listings for Defendants.

5.     I have caused a search to be made through the Lexis/Nexis computer database of the files containing judgments for the State of New York and have found no listings for Defendants.

6.     I have caused a search to be made of the worldwide web using the Google search engine and have not located any site that indicates Defendants' presence within the district.

7.     Accordingly I respectfully submit Defendants cannot be found within the district and that process of maritime attachment and garnishment should be issued.

8.     No previous application for an Order of Attachment or similar relief has been sought in this matter.

_____
RAHUL WANCHOO

Sworn to before me this
17th July, 2008.

_____
Notary Public

**Masha Eleiman**
**Notary Public**
**State of New Jersey**
**My Comm. Expires Nov. 15, 2011**

2